**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**SUSAN VAUGHN, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF PHIL EDWARD BLOUNT**                                     **PLAINTIFF**

**VS.**                                     **CASE NO. 2:04CV00213**

**CHRISTOPHER L. GRAY, ET AL.**                                     **DEFENDANTS**

**ORDER**

Defendant's Motion for Clarification or Stay is granted (#21).  On March 1, 2005 the above

styled case was consolidated with Case No. 2:03CV00070 being designated the lead case.   Case

No. 2:03CV00070 is currently stayed during the period of an interlocutory appeal.  Because these

cases are consolidated, Case No. 2:04CV00213 is also stayed during the period of the

interlocutory appeal in Case No. 2:03CV00070.

IT IS SO ORDERED this 12  day of September, 2005.

James M. Moody
United States District Judge